### W. Kelly v. State.

#### No. 2364.   Decided March 19, 1913.

**Theft from Person.**

In the absence of a statement of facts, a refusal to grant a continuance and new trial on account of the newly discovered evidence, cannot be considered on appeal.

Appeal from the Criminal District Court of Galveston.   Tried below before the Hon. Robt. G. Street.

Appeal from a conviction of theft from the person; penalty, two years imprisonment in the penitentiary.

The opinion states the case.

No brief on file for appellant.

*C. E. Lane,* Assistant Attorney-General, for the State.

DAVIDSON, Presiding Judge.—Appellant was convicted of theft from the person, his punishment being assessed at two years confinement in the penitentiary.

The record is before us without a statement of facts or bill of exceptions. The motion for new trial complains, first, that the case ought to have been continued. There was no bill of exceptions reserved to the action of the court refusing to postpone or continue the case. Second, on account of newly discovered evidence. Without the evidence before us we are unable to intelligently revise this matter. As the record presents the appeal to this court we find no reversible error, and the judgment is ordered to be affirmed.

*Affirmed.*